IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JACKSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>BERKELEY POLICE DEPARTMENT, et al,<br><br>    Defendants. | No. C 07-0327 JSW (PR)<br><br>ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(g) |

Plaintiff, a formerly incarcerated prisoner and a frequent litigant in the federal courts, has filed a pro se complaint under 42 U.S.C. § 1983 complaining about the actions of certain Berkeley police officers. On May 16, 2007, the Court ordered Plaintiff to show cause why the complaint should not be dismissed based on applicable prior dismissals under 28 U.S.C. § 1915(g). In the order, the Court provided Plaintiff with an opportunity to respond to why the case should not be dismissed under that statute, identified the prior cases that the Court considers applicable prior convictions and informed Plaintiff that he could also avoid dismissal by paying the full $350.00 filing fee by the deadline. Plaintiff has not filed a response to the Court's order identifying why any of the previously dismissed cases should not count or identified that he is in danger of serious physical injury as a result of the allegations in the complaint.

As such, the case is DISMISSED without prejudice to Plaintiff bringing

his claims in a paid complaint.  The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: October 30, 2007

_____
JEFFREY S. WHITE
United States District Judge

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

CLARENCE JACKSON JR.,

    Plaintiff,

 v.

BERKELEY POLICE DEPT et al,

    Defendant.

    _____/

Case Number: CV07-00327 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence Jackson
Att : Debra Jackson
1721 University Ave., #210
Berkeley, CA 94704

Dated: October 30, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk